## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Pittman B. Cheapoo, Jr., | Civil No. 17-4220 (DWF/KMM) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| United States Department of Homeland Security, | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine M. Menendez dated January 4, 2018. (Doc. No. 14.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1. Magistrate Judge Katherine M. Menendez's January 4, 2018 Report and Recommendation (Doc. No. [14]) is **ADOPTED**.

    2.      Petitioner Pittman B. Cheapoo, Jr.'s Petition for Writ of Habeas Corpus (Doc. No. [1]) is **DENIED AS MOOT** and this action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 7, 2018        s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge